UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR PORTER,
    Plaintiff,

No. 1:08-cv-429

-v-

HONORABLE PAUL L. MALONEY

JENNIFER GRANHOLM, ET AL.,
    Defendants.

## JUDGMENT

Having dismissed the complaint for failure to state a claim upon which relief may be granted, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff. This action is **TERMINATED. IT IS SO ORDERED.**

Date: October 28, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief, United States District Judge